UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:
HILL, JOYCE ANN                      Case No.: 10-32962
                                             Chapter 7
                                             Hon. DANIEL S. OPPERMAN
                        Debtor(s).
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

     The attached check in the amount of $35.66 represents the total sum of unclaimed dividends in this estate, and is paid to the Bankruptcy Court. The name and address of the parties entitled to these unclaimed dividends are as follows:

| Claim No.: | Creditor Name/Address | Amount |
|---|---|---:|
| 4 | Gensesys Regional Med. Center<br>One Genesys Parkway<br>Grand Blanc, MI 48439 | $35.66 |
| | | |
| | | |
| | **Total** | **35.66** |

Dated: 10/14/11                                 /s/ Collene K. Corcoran, Trustee
                                                          Collene K. Corcoran, Trustee
                                                          PO Box 535
                                                          Oxford, MI 48371
                                                          (248) 969-9300
                                                          ccorcoran@epiqtrustee.com